1  Todd M. Friedman (SBN 216752)
   Arvin Ratanavongse (SBN 257619)
2  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  324 S. Beverly Drive, Suite 725
   Beverly Hills, CA 90212
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   tfriedman@attorneysforconsumers.com
6  aratanavongse@toddflaw.com
7  Attorneys for Plaintiff, Michael Klausler

8
   **THOMPSON COBURN LLP**
9  **HELEN B. KIM (SBN 138209)**
10 **hkim@thompsoncoburn.com**
   **2029 Century Park East, Suite 1900**
11 **Los Angeles, California 90067**
12 **Telephone: 310.282.2500**
   **Facsimile: 310.282.2501**
13 Attorneys for Defendant CHARTER
14 COMMUNICATIONS, INC.

15

16
                  **UNITED STATES DISTRICT COURT**
17                **CENTRAL DISTRICT OF CALIFORNIA**

18
   MICHAEL KLAUSLER,              )  Case No.  2:15-cv-2990-CAS-PJW
19                                )
          Plaintiff,              )
20                                )  **STIPULATION OF DISMISSAL**
          v.                      )  **WITH PREJUDICE**
21                                )
   CHARTER COMMUNICATIONS,        )
22 INC. WHICH WILL DO BUSINESS    )
   IN CALIFORNIA AS CHARTER       )
23 COMMUNICATIONS (CCI), INC.,    )
   and DOES 1 to 20, INCLUSIVE,   )
24                                )
                                  )
25 Defendants.                    )
                                  )
26 _____ )

27

28


**STIPULATION OF DISMISSAL WITH PREJUDICE**                                     PAGE 1

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that this entire action is dismissed, ***with prejudice,*** in accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses.

Dated: April 7, 2016     **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: /s/Todd M. Friedman_____
Todd M. Friedman, Esq.
Arvin Ratanavongse, Esq.
Attorney for Plaintiff,
MICHAEL KLAUSER

Dated: April 7, 2016     **THOMPSON COBURN LLP**

By: /s/ Helen B. Kim, Esq._____
Helen B. Kim
Attorney for Defendant,
CHARTER COMMUNICATIONS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS CHARTER COMMUNICATIONS (CCI), INC.

**Certification of Complaint with C.D. Cal. L. R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under the penalty of perjury under the laws of the United Stated of America that the foregoing is true and correct. Executed on April 7, 2016.

By   /s/ Todd M. Friedman
Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, California 90212
Tel: (877) 206-4741
Fax: (866) 633-0228
Attorney for Plaintiff

Filed electronically on this 7th day of April, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Christina A. Snyder
Central District of California

**Arvin Ratanavongse**
The Law Offices of Todd M Friedman PC
324 S Beverly Drive Suite 725
Beverly Hills, CA 90212
Email: aratanavongse@toddflaw.com

**Helen B Kim**
Thompson Coburn LLP
2029 Century Park East 19th Floor
Los Angeles, CA 90067
310-282-2500
Fax: 310-282-2501
Email: hkim@thompsoncoburn.com

This 7th day of April, 2016.

/s/Todd M. Friedman
Todd M. Friedman